EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Enmiendas a las Reglas 6.1.1, 6.2.1 y 6.3.1 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2011 TSPR 74<br><br>181 DPR ____ |
| --- | --- |

Número del Caso: ER-2011-01

Fecha: 19 de mayo de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

In re:
Enmiendas a las Reglas 6.1.1,
6.2.1 y 6.3.1 del Reglamento
para la Admisión de Aspirantes
al Ejercicio de la Abogacía y
la Notaría

**RESOLUCIÓN**

San Juan, Puerto Rico a 19 de mayo de 2011.

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, *según enmendado,* se enmienda la Regla 6.1.1 del citado reglamento, para que exprese lo siguiente:

**Regla 6.1.1** - Todo aspirante interesado en tomar el examen de Reválida General presentará ante la Junta una solicitud a esos efectos, bajo su responsabilidad de ofrecer información cierta, correcta y completa. La solicitud se presentará mediante el mecanismo dispuesto por la Junta, ya sea electrónicamente o mediante correo certificado con acuse de recibo, en la fecha que se disponga mediante edicto, que deberá ser por lo menos de cuarenta y cinco (45) días antes de la fecha señalada para el comienzo del examen de reválida que desee tomar el aspirante. El Director

Ejecutivo podrá dispensar a un aspirante de cumplir con el requisito de enviar su solicitud de admisión mediante el mecanismo dispuesto por la Junta, y aceptar su entrega personal, cuando el aspirante se vea imposibilitado de hacer la presentación a través del medio dispuesto por la Junta o cuando el Director Ejecutivo estime que la entrega personal no afecta adversamente los trabajos administrativos de la Junta Examinadora.

Se enmienda el inciso (a) de la Regla 6.2.1 del citado reglamento, para que exprese lo siguiente:

**Regla 6.2.1** - Salvo una dispensa autorizada por justa causa por la Junta, la solicitud deberá estar acompañada de:

**(a)** un documento escrito de su puño y letra y firmado por el (la) aspirante, en el que hará constar bajo juramento que reúne los requisitos enumerados en el Capítulo 4 de este Reglamento. En el caso de un aspirante con una condición que le impida completar el documento de su puño y letra, la Junta diseñará un procedimiento alterno;

**(b)** …

Igualmente, se enmienda la Regla 6.3.1 del citado reglamento, para que exprese lo siguiente:

**Regla 6.3.1** - Todo aspirante que presente ante la Junta una solicitud de admisión al examen de Reválida General o Notarial estará obligado a cumplimentarla, posteriormente, bajo su responsabilidad de ofrecer información cierta, correcta y completa por cualquier hecho, circunstancia o información relevante que sustancialmente altere o haga inexacta la información, hecho o circunstancias afirmadas originalmente. Esta obligación será de naturaleza continua hasta la fecha en que el aspirante, de aprobar el examen de reválida, preste juramento como abogado.

**- 3 -**

Estas enmiendas entrarán en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo